**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **The Sherwin-Williams Company,** | ) | **CASE NO. 1:09 CV 1038** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Motley Rice LLC and John Does,** | ) | <u>**Order of Remand**</u> |
| | ) | |
| **Defendants.** | ) | |

Plaintiff has filed an Amended Complaint which adds Stephen Walker, an Ohio resident, as a defendant in this case.  Because this amendment destroys diversity and divests the Court of subject matter jurisdiction, this mater is hereby REMANDED to the Cuyahoga County Common Pleas Court for further proceedings.

IT IS SO ORDERED.

 /s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Date:  10/21/09